The "Motion of Defendant to Dismiss Appeal or For Order Compelling Plaintiffs-Appellants to Take Steps to Cite in Plaintiff in Companion Consolidated Case As a Party to Appeal" is denied.

*Charles G. Albom,* for the appellee (defendant).

*Charles Henchel,* for the appellants (plaintiffs).

Argued April 5—decided April 5, 1977

MORTON E. COLE *v.* MERRILL LYNCH, PIERCE, FENNER AND SMITH, INC., ET AL.

The plaintiff's motion to dismiss the appeal of the defendant Herbert H. Hedick from the Superior Court in Hartford County is granted.

*William F. Gallagher,* for the appellee (plaintiff).

*Philip S. Walker,* for the appellant (defendant Herbert H. Hedick).

Argued April 5—decided April 5, 1977

FAITH GENDEN *v.* LAWRENCE GENDEN

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Keith A. Rubenstein,* for the appellee (plaintiff).

No appearance for the appellant (defendant).

Argued April 5—decided April 5, 1977